# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Charles Kenney            Docket No. 01-00195-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Charles Kenney, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, PA, on the 3rd day of May 2002, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $500 special assessment.
- Shall participate in a program of testing and treatment for substance abuse.

05-03-02: Possession With Intent to Distribute Less Than 100 Grams of Heroin; Possession With Intent to Distribute Less Than 5 Grams of Cocaine Base; Possession of a Firearm in Furtherance of a Drug Trafficking Crime; 90 months' imprisonment followed by 5 years' supervised release.

03-12-08: Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the supervised releasee has violated the following condition of supervision:

**The defendant shall refrain from unlawful use of a controlled substance.**

Your Petitioner reports that since the beginning of his supervision term, the supervised releasee has tested positive for marijuana on 23 occasions. He has been placed in outpatient and inpatient drug treatment programs. However, he continues to use marijuana.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. 3A, Third Floor, United States Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on THURSDAY, JANUARY 29, 2009 at 10 AM, to show cause why supervision should not be revoked.

ORDER OF COURT

Considered and ordered this 20th day of Jan, 2009 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

cc: Counsel
US Marshal
US Probation

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     January 12, 2009

_____
Donald A. Covington
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:     Pittsburgh, PA